# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RAYMOND L. ROGERS**
Reg. #20787-031                                              **PETITIONER**

v.                          No. 2:18-cv-143-DPM

**DEWAYNE HENDRIX, Complex**
**Warden, FORREST CITY - FCI**                               **RESPONDENT**

## ORDER

**1.** Rogers's petition must be dismissed for lack of jurisdiction. The claim he raises in his new petition is virtually identical to one he raised in his 2017 petition. *Compare № 1 at 2–4, with № 1-1 at 3–4 in Case № 2:17-cv-198-DPM.* And Magistrate Judge Ray's reasoning in that case applies equally here. *№ 3 in Case № 2:17-cv-198-DPM.* The petition will therefore be dismissed without prejudice for lack of jurisdiction. The pending recommendation, № 3, is declined as moot.

**2.** The Court directs the Clerk not to file any new *habeas* petition from Rogers without prior approval from chambers.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2018